IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE ANTONIO GARCIA ALSINA

CASE NO    11-03113-MCF

CHAPTER 13

DEBTOR(S)

**\*\*AMENDED DOCUMENT\*\***

**TRUSTEE'S REPORT ON CONFIRMATION**

1. A meeting of creditors pursuant to Section 341 was held on **May 17, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0.00

PLAN DATE: April 12, 2011             PLAN BASE: $22,800.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 10/4/2011

☐ FAVORABLE                    ☒ UNFAVORABLE

1. ☒ FEASIBILITY 11 USC § 1325(a)(6):
   Pending motion to relief from stay filed by REO Properties 4 months post petition arrears.

2. ☐ INSUFFICIENTLY FUNDED § 1325(b) :

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☐ OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$146.00/$2,854.00

Atty: R FIGUEROA CARRASQUILLO

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062