N.I. 2011-Q-717
N.Q. 5000028273

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **JOSE ANTONIO GARCIA ALSINA** Debtor(s) **QUANTUM SERVICING, CORP. as agent of REO Properties, Corp.** Movant **JOSE ANTONIO GARCIA ALSINA** And Chapter 13 Trustee, **Alejandro Oliveras Rivera** Respondent(s) | CASE NO. **11-3113 MCF** CHAPTER **13** 11 USC 362 d(1) d(2) Relief from stay for cause |

## STIPULATION

**TO THE HONORABLE COURT:**

Comes now the parties through their respective attorneys and respectfully state and pray:

1. That Quantum Servicing Corp. as agent of REO Properties Corp. filed a Motion for Relief of Stay (Docket 24).

2. That the first hearing was set for September 28, 2011 and at that hearing the final hearing was set for October 18, 2011, which hearing has now been reset to October 19, 2011, together with the confirmation hearing.

3. That debtor has paid the arreas claimed in the amount of $2,979.32

4. That the balance pending is for costs and attorneys fees.

5. That the parties have agreed that debtor will pay the costs and attorneys fees in two installments of $400.00 each due on November 1 and December 1, 2011 which payments will be sent to Quantum with the regular monthly payment.

6. That the parties have agreed that although the motion for relief will be deemed withdraw Quantum will have the right to move the court to set aside this stipulation and grant the motion if debtor does not comply with the payments hereby agreed.

7. If by December 15, 2011 Quantum has not moved the court to set aside this stipulation then the Motion for Relief will be deemed permanently withdrawn

**WHEREFORE,** for the appearing parties move this Honorable Court to approve this stipulation.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on the **October 14, 2011.**

s/Roberto Figueroa Carrasquillo
Roberto Figueroa Carrasquillo
**USDC #203614**
**Attorney for debtor respondent**
P.O. Box 193677
San Juan, PR 00919-3677
Tel 744-7699
Fax 746-5294
E-Mail: rigueroa@rfclapr.com

s/ IGOR J. DOMINGUEZ
USDC NO. **120111**
**QUANTUM SERVICING, CORP.**
**as agent of REO PROPERTIES CORP.**
**IGOR J. DOMINGUEZ LAW OFFICES**
V.I.G. TOWER, SUITE 1105
1225 PONCE DE LEON AVE.
SAN JUAN, PR 00907-3945
TEL. (787) 250-0220
FAX. (787) 250-0295
E-Mail igor@ijdlawpr.com