**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>**JOSE ANTONIO GARCIA ALSINA**<br><br><br>**XXX-XX-8751**<br><br><br><br>**Debtor(s)** | **CASE NO. 11-03113 MCF**<br>**Chapter 13** |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

The **FINAL HEARING** on the Motion Relief From Stay filed by REO Properties, Corp scheduled for **10/19/2011 AT 9:00 A.M.** at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, third floor, Courtroom 3, 300 Recinto Sur Street, Old San Juan, Puerto Rico **HAS BEEN VACATED AND SET ASIDE.**

San Juan, Puerto Rico, this 18 day of October, 2011.

**MARIA DE LOS ANGELES GONZALEZ, ESQ.**
**Clerk of the Court**


BY: Eduardo Bujosa
Deputy Clerk